**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Barry Allen GREGORY, Defendant–
Appellant.**

**No. 01–6919.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 6, 2001.

Decided Sept. 14, 2001.

Barry Allen Gregory, pro se. Robert Jack Higdon, Jr., Office of the United States Attorney, Charlotte, NC, for appellee.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

PER CURIAM.

Barry Allen Gregory seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Gregory,* Nos. CR–99–10–V; CA–00–106–5–2 (W.D.N.C. filed Apr. 30, 2001; entered May 7, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*